ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
1611 The Alameda
San Jose, CA 95126
(408) 292-8555

Attorney for Plaintiff
ROBERT HARGROVE

IN THE UNITED STATES DISTRICT

NORTHERN CALIFORNIA DISTRICT          *E-FILED - 7/6/06*

| | |
|---|---|
| ROBERT HARGROVE,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK EWING, GRAHAM TYLER, AND LINDA LARIZ,<br><br>    Defendants. | Case No. C-05-02395 RMW<br>ORDER<br>DISMISSAL OF ACTION<br>[FRCP 41(a)(2) |

The parties hereby stipulate to a dismissal of the entire above-entitled action, with prejudice. Each party to bear its own costs and attorney fees.

Dated: June 14, 2006

_____
ROBERT DAVID BAKER, INC.
Robert David Baker, Esq.
For: Robert Hargrove

/
/
/
/
/

Dated: June 15, 2006

_____
GAYLE GREEN, ESQ.
For: Defendants

**IT IS SO ORDERED**

Dated: 7/6/06

/S/ RONALD M. WHYTE
_____
Hon. Ronald M. Whyte
Judge, United States District Court